Enter / JS-6

E-FILED 01/17/08

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| Antik Denim, et al., | ) | CV 07-6755-PSG (JCx) |
| | ) | |
| PLAINTIFF, | ) | **DISMISSAL BY COURT** |
| -VS- | ) | **FOR FAILURE TO PROSECUTE** |
| Eduard Dybenko, et al., | ) | |
| | ) | |
| DEFENDANT. | ) | |

On December 17, 2008, the Court issued an Order to Show for Lack of Prosecution. A written response to this Order to Show Cause was ordered to be filed not later than January 7, 2008.

To this date, no written response to the Order to Show Cause has been filed with the Court.

Accordingly, it is hereby ORDERED and ADJUDGED that the above-entitled action be dismissed in its entirety for failure to prosecute.

Dated: _01/16/08_____                   _____

United States District Judge